UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. SA-98-CA-0629-FB |
| Plaintiff, | |
| vs. | |
| HOLD BILLING SERVICES, et. al. | |
| Defendants. | |

## ORDER TO LIFT SEAL

Upon consideration of Plaintiff Federal Trade Commission's Unopposed Motion to Lift Seal, and finding good cause for said motion, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.

The Clerk of Court shall lift the seal on the following documents:

1. Plaintiff's Opposition to Motion to Modify or Interpret 1999 Order; and

2. All Exhibits and Attachments in support of Plaintiff's Opposition to Motion to Modify or Interpret 1999 Order.

**SIGNED** on this 21st day of May, 2013.

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS