UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

_____
                                            )
**FEDERAL TRADE COMMISSION**,               )
                                            )
                          Plaintiff,        )
                                            )   **Case No. SA-98-CA-0629-FB**
vs.                                         )
                                            )
**HOLD BILLING SERVICES, et. al**.          )
                                            )
                          Defendants.       )
_____)

## FEDERAL TRADE COMMISSION'S
## ALTERNATIVE DISPUTE RESOLUTION REPORT

**TO THE HONORABLE HENRY BEMPORAD, U.S. MAGISTRATE JUDGE:**

The Federal Trade Commission, by and through its attorney of record files this Report on Alternative Dispute Resolution in compliance with the Court's Scheduling Order and Local Rule CV-88:

1. The persons responsible for settlement negotiations are Douglas Wolfe and Robin Moore, counsel for the Federal Trade Commission, and James A. Kohm, Associate Director, Division of Enforcement of the Federal Trade Commission's Bureau of Consumer Protection.

2. The parties have discussed the possibility of settlement of the Contempt Motion for the past seven months.  On November 29, 2012, counsel for the parties met to discuss broad parameters of settlement, and counsel for the Commission stated that any such settlement would need to provide monetary payments of full consumer redress.  On January 31, 2013, counsel for the parties met and again discussed the possibility of settlement.  Counsel for the Commission

reiterated that any settlement would need to provide monetary payments of full consumer redress. On April 12, 2013, Defendant proposed possible settlement terms. On or about April 29, 2013, Plaintiff rejected Defendant's settlement proposal. These settlement efforts followed the parties' efforts to resolve the matter prior to the FTC filing the Contempt Motion.

      3.     Plaintiff does not believe that mediation of this case would be helpful because each party's evaluation of the case differs so significantly.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that no referral to ADR be made by the Court at this time.

Dated: June 14, 2013                Respectfully Submitted,

                                       Federal Trade Commission
                                       600 Pennsylvania Ave., N.W., Suite M-8102 B
                                       Washington, D.C. 20580

                         By:     */s/ Douglas V. Wolfe*
                                       Douglas V. Wolfe (DC Bar #437476)
                                       Sarah Waldrop (MD Bar – numbers not issued)
                                       Attorneys for Federal Trade Commission
                                       Admitted *Pro Hac Vice*
                                       Telephone:   (202) 326-3113 (Wolfe)
                                                               (202) 326-3444 (Waldrop)
                                       Fax: (202) 326-2558
                                       Email: dwolfe@ftc.gov
                                                    swaldrop@ftc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14 day of June, 2013, I electronically filed the foregoing Alternative Dispute Resolution Report with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Dina M. Cox
Robert Baker
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, Indiana 46202

Ricardo G. Cedillo
Derick J. Rodgers
Mark W. Kiehne
Davis, Cedillo & Mendoza, Inc.
McCombs Plaza
755 E. Mulberry Ave.
Suite 500
San Antonio, TX 78212-3149

                By:    */s/ Douglas V. Wolfe*
                     Douglas V. Wolfe (DC Bar #437476)
                     Sarah Waldrop (MD Bar – numbers not issued)
                     Attorneys for Federal Trade Commission
                     Admitted *Pro Hac Vice*
                     Telephone:    (202) 326-3113 (Wolfe)
                                    (202) 326-3444 (Waldrop)
                     Fax: (202) 326-2558
                     Email: dwolfe@ftc.gov
                             swaldrop@ftc.gov