UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 5:98-CV-0629-FB |
| | ) | |
| HOLD BILLING SERVICES, Ltd.; HBS, Inc.; | ) | |
| AVERY COMMUNICATIONS, INC.; | ) | |
| VETERANS OF AMERICA ASSOCIATION, | ) | |
| Ltd.; THOMAS M. LYONS; KEITH C. CALIL; | ) | |
| and MILFORD H. BALABAN, | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONDENTS' FINAL WITNESS AND EXHIBIT LIST

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

Pursuant to the Court's May 3 and August 2, 2130 Scheduling Orders, NOTICE IS HEREBY GIVEN that Respondents[1] expect to present the following witnesses at the evidentiary hearing in this matter, if any:

| # | NAME | CONTACT | ANTICIPATED TESTIMONY |
|---|---|---|---|
| **1.** | **Norman Phipps** | 7411 John Smith Drive Suite 1500 San Antonio, TX 78229 | Respondents anticipate that Mr. Phipps will testify regarding Respondents' past and current corporate structure, Respondents past and current operations and services, and the revenues from and costs associated with the Landeen Entity transactions at issue. |
| **2.** | **Kelli Cubeta** | 7411 John Smith Drive Suite 1500 San Antonio, TX 78229 | Respondents anticipate that Ms. Cubeta will testify about LEC billing, LEC marketing requirements and restrictions; Respondents' contractual relationships with vendors, summaries and computations of inquiry |

---

[1] The following non-parties are collectively referred to as the "Respondents": (1) Billing Services Group Limited ("BSG Ltd."), (2) Billing Services Group North America, Inc. ("BSGNA"), (3) BSG Clearing Solution North America, LLC ("BSG Clearing"), (4) HBS Billing Services Company ("HBS"), (5) ACI Billing Services, Inc. ("ACI"), (6) Billing Concepts, Inc. ("BCI"), and (7) Enhanced Services Billing, Inc. ("ESBI").

1

| # | NAME | CONTACT | ANTICIPATED TESTIMONY |
|---|---|---|---|
|   |   |   | threshold levels, and, Respondents' business practices aimed at regulatory and legal compliance. Ms. Cubeta will further testify regarding Respondents' due diligence, testing and monitoring, inquiry thresholds, and performance evaluations of vendors including the Landeen Entities.[2] |
| 3. | **John Wardashki** | 7411 John Smith Drive Suite 1500 San Antonio, TX 78229 | Respondents anticipate that Mr. Wardashki will testify about his duties implementing Respondents' due diligence procedures, monitoring and testing, inquiry thresholds, and the application of Respondents' practices to the Landeen Entities. |
| 4. | **Sally Welge** | 9826 Bushbuck Way San Antonio, TX 78251 | Respondents anticipate that Ms. Welge will testify about the process for LEC billing; LEC marketing requirements and restrictions; and, Respondents' due diligence procedures, monitoring and testing, inquiry thresholds, and the application of Respondents' practices to the Landeen Entities. |
| 5. | **Blanca DeLeon** | 7411 John Smith Drive Suite 1500 San Antonio, TX 78229 | Respondents anticipate that Ms. DeLeon will testify about her duties implementing Respondents' customer service guidelines and policies, including the activities taken by Respondents to monitor and improve customer service. |
| 6. | **Cathy Coleman-Ackerman** | 7400 Jason Ave. West Hills, CA 91307 | Respondents anticipate that Ms. Coleman-Ackerman will testify about the financial transactions relating to the Landeen Entities, including information regarding charges transmitted, debits, refunds, credits, write-offs, revenues, and class action claims paid. |
| 7. | **Craig Needles** | 7411 John Smith Drive Suite 1500 San Antonio, TX 78229 | Respondents anticipate that Mr. Needles will testify about the consumer data produced by Smiley Media and the BTN data produced by Respondents. |
| 8. | **John Papworth, CPA Marketing Director of Media (former)** | (714)-274-3885 | Respondents anticipate that Mr. Papworth will testify about the business practices of Studio 127, Inc. (a/k/a CPA Marketing), the affiliated |

---

[2] The following entities are collectively referred to as the "Landeen Entities": Durham Technologies/MyiProducts, eSafeID, eProtectID, 800 Vmailbox, Digital VMail, InfoCall, Instant411, Streaming Flix and Uvolve.

| # | NAME | CONTACT | ANTICIPATED TESTIMONY |
|---|------|---------|----------------------|
|   | **Studio 127, Inc.** |  | marketers contracted by Studio 127, and the Landeen Entities' products and services. |
| 9. | **Slade Cutter of Cutter Law P.C.** | 3267 Bee Cave Road, Suite 107-154 Austin, Texas 78746 | Respondents anticipate that Mr. Cutter will testify regarding the business practices of Smiley Media including its compliance efforts and the data it produced in connection with this case. |
| 10. | **Stephen Oskoui of Smiley Media** | 701 Brazos St., Suite 1600, Austin, TX 78701 | Respondents anticipate that Mr. Oskoui will testify regarding the statements contained in the Declaration of Stephen Oskoui, along with the authenticity and admissibility of documents of Smiley Media. |
| 11. | **Brian Jones of iDataWorx, LLC** | 1011 Highway 6 South, Suite 322, Houston, TX 77077 | Respondents anticipate that Mr. Jones will testify as to the programming developed by iDataWorx for Alternative Billing Corporation. |
| 12. | **Brian Percival of the Federal Bureau of Investigations** | 8825 Nelson B. Klein Pkwy., Indianapolis, IN 46250 | Respondents anticipate that Mr. Percival will testify regarding the statements contained within the Declaration of Brian Percival, along with the authenticity and admissibility of documents attached thereto. Respondents further anticipate that Mr. Percival will testify as to documents yet to be produced by the FBI with regard to the FBI's investigation of Cindy Landeen and the Landeen Entities, including Respondents' cooperation with that investigation. |
| 13. | **Andrew Chen of Visa** | 900 Metro Center Blvd., Foster City, CA 94404 | Respondents anticipate that Mr. Chen will testify regarding the statements contained within the Declaration of Andrew Chen. |
| 14. | **Elizabeth Ann Miles of the Federal Trade Commission** | 600 Pennsylvania Ave. NW, Washington, D.C. 20580 | Respondents anticipate that Ms. Miles will testify regarding the statements contained within her Declaration, the attachments thereto, and the matters covered during her deposition. |
| 15. | **Anabel Dela Cerna Genetski** | 121 4th St NE Washington, D.C. 20002 | Respondents anticipate that Ms. Genetski will testify regarding her data analyst work on behalf of the FTC which was reviewed, relied upon and partially adopted by Ms. Miles. |
| 16. | **Robert Zoch of NXT Telecommunications, Inc.** | 2827 FM 1624 Giddings, TX 78942 | Respondents anticipate that Mr. Zoch will testify to the documents and data produced to the FTC by NXT and the interpretation of that information. He will also testify as to the statements contained within his Certification of Records of Regularly Conducted Activity, as |

3

| # | NAME | CONTACT | ANTICIPATED TESTIMONY |
|---|---|---|---|
| | | | well as the usage of the voicemail services offered by three of the Landeen Entities. |
| 17. | **Representative of Rovi Corporation, including but not limited to, Brett Healy, Eric Wilson, Yvonne Kilgariff** | 2830 De La Cruz Blvd., Santa Clara, CA 95050 | Respondents anticipate that these representatives will testify regarding the statements contained within his Certification of Records of Regularly Conducted Activity, along with the authenticity and admissibility of documents. |
| 18. | **Representative of Epiq** | P.O. Box 4655, Portland Oregon 97208 | Respondents anticipate that Epiq will testify as to the class action settlement and claims data from the *Moore v. Verizon* case, along with the authenticity and admissibility of documents related thereto. |
| 19. | **Representative of GCG** | P.O. Box 35045 Seattle, Washington 98124 | Respondents anticipate that GCG will testify as to the class action settlement and claims data from the *Nwabueze v. AT&T* case, along with the authenticity and admissibility of documents related thereto. |
| 20. | **Dr. Robert Rauschenberger** | 233445 N. 19th Avenue, Phoenix, Arizona 85027 | Respondents anticipate that Dr. Rauschenberger will testify to the facts and opinions stated in Dr. Rauschenberger's expert report. |
| 21. | **Ian Ratner** | 3424 Peachtree Rd., Suite 2150, Atlanta, Georgia 30326 | Respondents anticipate that Mr. Ratner will testify to the facts and opinions stated in Mr. Ratner's expert report. |

Respondents reserve the right to supplement or modify this list based on further discovery or investigation. Respondents further reserve the right to offer testimony to rebut any expert subsequently named by Plaintiff. Respondents further reserve the right to call additional witnesses in rebuttal and to call or cross-examine any witnesses identified by Plaintiff.

Pursuant to the Court's May 3, 2013 and August 2, 2013, Scheduling Orders, NOTICE IS HEREBY GIVEN that Respondents may rely on the following documentary evidence, copies of which previously have been provided Plaintiff, are in Plaintiff's possession, or will be produced to Plaintiff.

**EXHIBITS**

| # | Item / Bates No. |
|---|---|
| 1. | 1999 Permanent Injunction |
| 2. | 2001 Permanent Injunction |
| 3. | 2008 Permanent Injunction |
| 4. | BCI_008553 |
| 5. | BCI_011031 |
| 6. | BCI_011141-230 |
| 7. | BCI_011393-453 |
| 8. | BCI_011496-7 |
| 9. | BCI_012424-5 |
| 10. | BCI_012433-522 |
| 11. | BCI_012564-5 |
| 12. | BCI_012606-97 |
| 13. | BCI_014200-1 |
| 14. | BCI_015592 |
| 15. | BCI_015594 |
| 16. | BCI_015603 |
| 17. | BCI_022553-73 |
| 18. | BCI_022641-43 |
| 19. | BCI_022755-22889 |
| 20. | BCI_0022649-754 |
| 21. | BCI_022890-23030 |
| 22. | BCI_024092-222 |
| 23. | BCI_023013-173 |
| 24. | BCI_023174-341 |
| 25. | BCI_023591-734 |
| 26. | BCI_023735-842 |
| 27. | BCI_023843-954 |

| #   | Item / Bates No.                          |
| --- | ----------------------------------------- |
| 28. | BCI_023955-024091                         |
| 29. | BCI_023764                                |
| 30. | BCI_025609                                |
| 31. | BSG 00049351-6                            |
| 32. | BSG 2005 CID Response III.B.13.d-001889-90 |
| 33. | BSG_Resp.-I-p.0000062                     |
| 34. | BSG00008298                               |
| 35. | BSG0000966-967                            |
| 36. | BSG00017789-91                            |
| 37. | BSG00019025-26                            |
| 38. | BSG00019108                               |
| 39. | BSG00019527                               |
| 40. | BSG00019575                               |
| 41. | BSG00019582                               |
| 42. | BSG00019594                               |
| 43. | BSG00019617                               |
| 44. | BSG00019638-40                            |
| 45. | BSG00024014-19                            |
| 46. | BSG00024431                               |
| 47. | BSG00024707-8                             |
| 48. | BSG00025325                               |
| 49. | BSG00026731                               |
| 50. | BSG00026739-40                            |
| 51. | BSG00026870                               |
| 52. | BSG00026901-2                             |
| 53. | BCI_011031                                |
| 54. | BSG00027802-86                            |
| 55. | BSG00027928-34                            |

| #   | Item / Bates No.   |
|-----|--------------------|
| 56. | BSG00027960        |
| 57. | BSG00027971        |
| 58. | BSG00027980        |
| 59. | BSG00028353        |
| 60. | BSG00034363        |
| 61. | BSG00035208        |
| 62. | BSG00035286        |
| 63. | BSG00035761        |
| 64. | BSG00035903        |
| 65. | BSG00035932        |
| 66. | BSG00035943-04     |
| 67. | BSG00036085        |
| 68. | BSG00036105-06     |
| 69. | BSG00037238        |
| 70. | BSG00039495        |
| 71. | BSG00039801        |
| 72. | BSG00040218        |
| 73. | BSG00040265-7      |
| 74. | BSG00040501-31     |
| 75. | BSG00043957        |
| 76. | BSG00044516        |
| 77. | BSG00044554-56     |
| 78. | BSG00045186-87     |
| 79. | BSG00048166        |
| 80. | BSG00048884        |
| 81. | BSG00048997        |
| 82. | BSG00049386-90     |
| 83. | BSG00049409-15     |

| # | Item / Bates No. |
|---|---|
| 84. | BSG00049422 |
| 85. | BSG00049494-95 |
| 86. | BSG00049500 |
| 87. | BSG00049515 |
| 88. | BSG00049518 |
| 89. | BSG00049527 |
| 90. | BSG00049532-4 |
| 91. | BSG00049546-48 |
| 92. | BSG00049547 |
| 93. | BSG00049554-56 |
| 94. | BSG00054101 |
| 95. | BSG00054274 |
| 96. | BSG00054391 |
| 97. | BSG00054517-8 |
| 98. | BSG00054872 |
| 99. | BSG00056624-26 |
| 100. | BSG00056672 |
| 101. | BSG00056692 |
| 102. | BSG00056696 |
| 103. | BSG00056838 |
| 104. | BSG00056848 |
| 105. | BSG00056985 |
| 106. | BSG00062964 |
| 107. | BSG00066465 |
| 108. | BSG00066747 |
| 109. | BSG00067462 |
| 110. | BSG00067579 |
| 111. | BSG00068166 |

| # | Item / Bates No. |
|---|---|
| 112. | BSG00068244 |
| 113. | BSG00069235 |
| 114. | BSG00070737 |
| 115. | BSG00070740 |
| 116. | BSG00071654-60 |
| 117. | BSG00077100-03 |
| 118. | BSG00078966 |
| 119. | BSG00080881 |
| 120. | BSG0008297-98 |
| 121. | BSG00083176 |
| 122. | BSG00086897-902 |
| 123. | BSGCID_000780 |
| 124. | BSGCID_000818 |
| 125. | BSGCID_000843 |
| 126. | BSGCID_000878 |
| 127. | BSGRESPXVI000002747 |
| 128. | Excerpts of the record from *F.T.C. v. Nationwide Connections, Inc., et al.*, Case No. 9:06-cv-80180-KLR |
| 129. | BSG_Resp.II.p.00000119-20 |
| 130. | FTC_APP_000857-880 |
| 131. | FTC_APP_000881-904 |
| 132. | BSG_Resp.II-p.00000296-320 |
| 133. | BSG_Resp.II-p.00000332-352 |
| 134. | BSG_Resp.II-p.00000364-382 |
| 135. | FTC_APP_000968-991 |
| 136. | FTC_APP_000992-1015 |
| 137. | INV_000982-988 |
| 138. | BSG_Resp.II-p.00000140-159 |
| 139. | FTCPROD-HBS-0003240-47 |

| # | Item / Bates No. |
|---|---|
| 140. | FTCPROD-HBS-0003297-300 |
| 141. | FTCPROD-HBS-0003387 |
| 142. | FTCPROD-HBS-0003431 |
| 143. | FTCPROD-HBS-0003650 |
| 144. | FTCPROD-HBS-0003664 |
| 145. | FTCPROD-HBS-0003723-26 |
| 146. | FTCPROD-HBS-0004172 |
| 147. | FTCPROD-HBS-0004179 |
| 148. | FTCPROD-HBS-0004185 |
| 149. | INV_001213-54 |
| 150. | FTCPROD-HBS-0002807-21 |
| 151. | INV_001613-18 |
| 152. | INV_001553-1612 |
| 153. | HBSDOC-0009372 |
| 154. | IMGHBS-S-00001301 |
| 155. | FTC_APP_000051-69 |
| 156. | FTC_APP_000070-93 |
| 157. | FTC_APP_000294-6 |
| 158. | FTC_APP_000181-281 |
| 159. | BCI_000204 |
| 160. | BCI_006379 |
| 161. | BCI_007046-48 |
| 162. | BCI_008513-15 |
| 163. | BCI_009626-27 |
| 164. | BCI_009638 |
| 165. | BCI_025725 |
| 166. | BCI_025753 |
| 167. | BCI_025770-72 |

| # | Item / Bates No. |
|---|---|
| 168. | FBI_000003-33 |
| 169. | INV_002100-07 |
| 170. | PLDG_000001-35 |
| 171. | BCI_001062-63 |
| 172. | BCI_017902-03 |
| 173. | BCI_018164 |
| 174. | BCI_000349-51 |
| 175. | BCI_006588 |
| 176. | BCI_006643 |
| 177. | BCI_007082 |
| 178. | BCI_006724 |
| 179. | BCI_007513 |
| 180. | BCI_008106 |
| 181. | BCI_007680 |
| 182. | BCI_007982 |
| 183. | BCI_009379 |
| 184. | BCI_008914 |
| 185. | BCI_009211 |
| 186. | BCI_008550 |
| 187. | BCI_008553 |
| 188. | BCI_010666 |
| 189. | BCI_010044 |
| 190. | BCI_011006 |
| 191. | BCI_009642 |
| 192. | BCI_009904 |
| 193. | BCI_009771 |
| 194. | BCI_010173 |
| 195. | BCI_012536 |

| # | Item / Bates No. |
|---|---|
| 196. | BCI_013814-16 |
| 197. | BCI_025347- 540 |
| 198. | BCI_028372 |
| 199. | BCI_026287-312 |
| 200. | BCI_026311-12 |
| 201. | BCI_026313-14 |
| 202. | BCI_026315-16 |
| 203. | BCI_026317 |
| 204. | BCI_026318 |
| 205. | BCI_026319 |
| 206. | BCI_026320 |
| 207. | BCI_026330-41 |
| 208. | BCI_028383 |
| 209. | BCI_028392 |
| 210. | BCI_028408 |
| 211. | BCI_028409-10 |
| 212. | BSG00027984-84 (FTC_APP_001905-09) |
| 213. | BSGRESPXVIIII00002747-764 |
| 214. | FTC-HBS0000603-16 |
| 215. | FTC-HBS0000267-79 |
| 216. | FTC-HBS0000237-64 |
| 217. | FTC-HBS0000314-29 |
| 218. | FTC-HBS0000343-58 |
| 219. | FTC-HBS0000841-53 |
| 220. | FTC-HBS0000034-46 |
| 221. | FTC-HBS0000148-59 |
| 222. | BCI_022649-24222 |
| 223. | BCI_026342-28370 |
| 224. | BCI2_000001-000996 |

| # | Item / Bates No. |
|---|---|
| 225. | FBI_000001 |
| 226. | FBI_000002 |
| 227. | Smiley_000001 |
| 228. | BCI_026321-29 |
| 229. | FBI_000034-35 |
| 230. | FBI_000036 |
| 231. | FBI_000037-39 |
| 232. | FBI_000040-42 |
| 233. | FBI_000043-44 |
| 234. | FBI_000045-47 |
| 235. | FBI_000048-50 |
| 236. | FBI_000051-53 |
| 237. | FBI_000054-66 |
| 238. | FBI_000067 |
| 239. | FBI_000068-74 |
| 240. | FBI_000075-99 |
| 241. | FBI_000100-111 |
| 242. | FBI_000112 |
| 243. | FBI_000113-16 |
| 244. | FBI_000117-126 |
| 245. | FBI_000127-131 |
| 246. | FBI_000132 |
| 247. | FBI_000133 |
| 248. | FBI_000134-36 |
| 249. | FBI_000137-46 |
| 250. | FBI_000147 |
| 251. | FBI_000148 |
| 252. | FBI_000149 |

| # | Item / Bates No. |
|---|---|
| 253. | FBI_000150 |
| 254. | FBI_000151 |
| 255. | FBI_000152 |
| 256. | FBI_000153 |
| 257. | FBI_000154-56 |
| 258. | FBI_000157-58 |
| 259. | FBI_000159-79 |
| 260. | FBI_000180 |
| 261. | FBI_000181-91 |
| 262. | FBI_000192 |
| 263. | FBI_000193-95 |
| 264. | FBI_000196-98 |
| 265. | FBI_000199-200 |
| 266. | FBI_000201 |
| 267. | FBI_000202-03 |
| 268. | FBI_000204-05 |
| 269. | FBI_000206 |
| 270. | FBI_000207 |
| 271. | FBI_000208 |
| 272. | FBI_000209-10 |
| 273. | INV_002608 |
| 274. | FBI_WAV000001-1760 |
| 275. | All documents produced or to be produced by any party or non-party to this litigation |
| 276. | Any and all exhibits listed on Plaintiff's Preliminary and Final Witness and Exhibit List |
| 277. | All documents needed for impeachment and/or rebuttal |
| 278. | Dr. Robert Rauschenberger's Expert Report and all materials identified therein and exhibits thereto |
| 279. | Ian Ratner's Expert Report and all materials identified therein and exhibits thereto |
| 280. | Exemplar consumer sign up documents |

| #   | Item / Bates No. |
|-----|------------------|
| 281.| Correspondence between Respondents and the Landeen Entities |
| 282.| Correspondence between Respondents and Alternate Billing Corporation |
| 283.| Documents related to LEC, regulatory and customer service inquiries and inquiry thresholds |
| 284.| Documents related to charges cleared on behalf of the Landeen Entities, including credits, refunds, write-offs, and totals |
| 285.| Documents related to profits retained by Respondents from charges cleared on behalf of Landeen Entities |
| 286.| Settlement agreements, releases, pleadings, and other papers and court orders filed or entered in *Moore v. Verizon* |
| 287.| Settlement agreements, releases, pleadings, and other papers and court orders filed or entered in *Nwabueze v. AT&T* |
| 288.| Motions in *Moore v. Verizon* relating to class approval and any exhibits thereto. |
| 289.| Motions in *Nwabueze v. AT&T* relating to class approval and any exhibits thereto. |
| 290.| Documents related to claims of class members, including claims information, in *Moore v. Verizon* |
| 291.| Documents related to claims of class members, including claims information, in *Nwabueze v. AT&T* |
| 292.| Any documents and data relating to consumers who either did or did not opt out of the *Verizon v. Moore* or *Nwabueze v. AT&T* class action settlements. |
| 293.| All exhibits attached to Respondents' Motion to Modify and Interpret 1999 Order [Docket No. 93], including all charts and/or demonstrative diagrams contained within said Motion, filed with the Court in this matter |
| 294.| All exhibits attached to Respondents' Reply in Support of the Motion to Modify and Interpret 1999 Order [Docket No. 113], including all charts and/or demonstrative diagrams contained within said Motion, filed with the Court in this matter |
| 295.| Demonstrative exhibits, including diagrams, charts, timelines and spreadsheets |
| 296.| All depositions transcripts of depositions taken in this case and any and/or all exhibits attached thereto |
| 297.| All documents from the Federal Bureau of Investigations |

Respondents reserve the right to supplement or modify this list of exhibits based on further discovery or investigation. Respondents further reserve the right to supplement or modify this list of documentary evidence in response to Plaintiff's production of additional documents and information, including, but not limited to documents or information produced as part of any expert report. Respondents further reserve the right to submit additional documentary evidence in cross-examination, rebuttal, or for impeachment.

15

Dated:  September 19, 2013        Respectfully submitted,

By: /s/ Derick J. Rodgers
   Ricardo G. Cedillo
   State Bar No. 04043600
   rcedillo@lawdcm.com
   Derick J. Rodgers
   State Bar No. 24002857
   drodgers@lawdcm.com
   Mark W. Kiehne
   State Bar No. 24032627
   mkiehne@lawdcm.com

**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas  78212
Telephone:  (210) 822-6666
Telecopier:  (210) 822-1151

DINA M. COX*
Indiana Atty No. 18590-49
dcox@lewiswagner.com
ROBERT M. BAKER, IV*
Indiana Atty No. 25471-49
rbaker@lewiswagner.com
**LEWIS WAGNER, LLP**
501 Indiana Avenue, Suite 200
Indianapolis, Indiana  46202
(317) 237-0500
* *Pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on September 19, 2013, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send electronic notification to all counsel of record.

 /s/     Derick J. Rodgers
         Derick J. Rodgers