# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

_____

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION**, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) **Case No. SA-98-CA-0629-FB** |
| vs. | ) |
|  | ) |
| **HOLD BILLING SERVICES, et. al**. | ) |
|  | ) |
| Defendants. | ) |

_____

## FEDERAL TRADE COMMISSION'S
## WITNESS AND EXHIBIT LIST

TO CONTEMPT DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's August 2, 2013, Scheduling Order,

NOTICE IS HEREBY GIVEN that the Federal Trade Commission intends to submit the testimony of the following witnesses, either through live testimony or through declarations previously submitted to the Court:

**Norman Phipps**
7411 John Smith Drive, Suite 1500, San Antonio, TX 78229
Testimony:  Mr. Phipps will testify about his employment history, the corporate history of Avery and BSG, the corporate structure of BSG and its subsidiaries, LEC billing, thresholds and threshold breaches, actions taken in response to threshold breaches, and the admissibility of documents.

**Denise DeSilva**
7411 John Smith Drive, Suite 1500, San Antonio, TX 78229
Testimony:  Ms. DeSilva will testify about her employment duties and history, fellow employees' duties and responsibilities, LEC billing, billing applications, pre-billing review of potential vendors, implementation, contractual relationships with vendors, policies regarding vendors' marketing, complaints about vendors, monitoring of vendors, authentication and validation, thresholds and threshold breaches, actions taken in response to threshold breaches,

and the admissibility of documents.

**Melissa Mitchell**
7411 John Smith Drive, Suite 1500, San Antonio, TX 78229
Testimony: Ms. Mitchell will testify about her employment duties and history, fellow employees' duties and responsibilities, LEC billing, billing applications, pre-billing review of potential vendors, implementation, contractual relationships with vendors, policies regarding vendors' marketing, complaints about vendors, monitoring of vendors, authorization, authentication and validation, thresholds and threshold breaches, actions taken in response to threshold breaches, and the admissibility of documents.

**Sherry Martinez**
7411 John Smith Drive, Suite 1500, San Antonio, TX 78229
Testimony: Ms. Martinez will testify about her employment duties and history, fellow employees' duties and responsibilities, billing applications, pre-billing review of potential vendors, implementation, and the admissibility of documents.

**Blanca DeLeon**
7411 John Smith Drive, Suite 1500, San Antonio, TX 78229
Testimony: Ms. DeLeon will testify about her employment duties and history, fellow employees' duties and responsibilities, monitoring of vendors, thresholds and threshold breaches, and the admissibility of documents.

**Vivian Obledo**
7411 John Smith Drive, Suite 1500, San Antonio, TX 78229
Testimony: Ms. Obledo will testify about her employment duties and history, fellow employees' duties and responsibilities, thresholds and threshold breaches, actions taken in response to threshold breaches, and the admissibility of documents.

**Corinna Ortegon**
7411 John Smith Drive, Suite 1500, San Antonio, TX 78229
Testimony: Ms. Ortegon will testify about her employment duties and history, fellow employees' duties and responsibilities, thresholds and threshold breaches, and the admissibility of documents.

**Amy Oswalt**
7411 John Smith Drive, Suite 1500, San Antonio, TX 78229
Testimony: Ms. Oswalt will testify about her employment duties and history, fellow employees' duties and responsibilities, monitoring of vendors, and the admissibility of documents.

**Adolf Rodriguez**
7411 John Smith Drive, Suite 1500, San Antonio, TX 78229
Testimony: Mr. Rodriguez will testify about his employment duties and history, fellow employees' duties and responsibilities, complaints about vendors, and the admissibility of documents.

**John Wardashki**
7411 John Smith Drive, Suite 1500, San Antonio, TX 78229
Testimony:  Mr. Wardashki will testify about his employment duties and history, fellow employees' duties and responsibilities, thresholds and threshold breaches, actions taken in response to threshold breaches, and the admissibility of documents.

**Kelli Cubeta**
7411 John Smith Drive, Suite 1500, San Antonio, TX 78229
Testimony:  Ms. Cubeta will testify about her employment history, pre-billing review of potential vendors, contractual relationships with vendors, actions taken in response to threshold breaches, and the admissibility of documents.

**Andrea Salinas**
7411 John Smith Drive, Suite 1500, San Antonio, TX 78229
Testimony:  Ms. Salinas will testify about the admissibility of documents BSG produced in response to the FTC's First Request for Production of Documents, Request 6.

**Sally Welge**
9826 Bushbuck Way, San Antonio, TX 78251
Testimony:  Ms. Welge will testify about her employment duties and history, fellow employees' duties and responsibilities, LEC billing, pre-billing review of vendors, thresholds and threshold breaches, actions taken in response to threshold breaches, and the admissibility of documents.

**Roberta Trevino**
1519 Menefee Blvd., San Antonio, TX 78273
Testimony:  Ms. Trevino will testify about her employment duties and history, fellow employees' duties and responsibilities, billing applications, pre-billing review of potential vendors, implementation, monitoring of vendors, and the admissibility of documents.

**Greg M. Carter**
3718 Verrado, San Antonio, TX 78261
Testimony:  Mr. Carter will testify about his employment history, the corporate structure of BSG and its subsidiaries, LEC billing, pre-billing review of potential vendors, contractual relationships with vendors, actions taken in response to threshold breaches, and the admissibility of documents.

**Cathy Coleman-Ackerman**
7400 Jason Ave., West Hills, CA 91307
Testimony:  Ms. Coleman-Ackerman will testify about her employment duties and history, fellow employees' duties and responsibilities, LEC billing, authorization, authentication and validation, and the admissibility of documents.

**Beth Kimball**
13 Larkspur Lane, St. Paul, MN 55127
Testimony:  Ms. Kimball will testify about her employment duties and history, fellow
employees' duties and responsibilities, pre-billing review of potential vendors, contractual
relationships with vendors, and the admissibility of documents.

**Michael Goldstein, Federal Trade Commission**
600 Pennsylvania Ave. NW, Washington, DC 20580
Testimony:  Mr. Goldstein will testify regarding the authenticity and admissibility of documents
attached to the Declaration of Michael Goldstein filed on March 28, 2012.

**E. Anne Miles, Federal Trade Commission**
600 Pennsylvania Ave. NW, Washington, DC 20580
Testimony:  Ms. Miles will summarize voluminous data provided by BSG, Smiley Media, and
NXT, as reflected in the Declaration of E. Anne Miles filed on June 19, 2013.

**Brian Percival, Federal Bureau of Investigations**
8825 Nelson B. Klein Pkwy., Indianapolis, IN 46250
Testimony:  Mr. Percival will testify regarding the authenticity and admissibility of documents
attached to the Declaration of Brian Percival filed on March 28, 2012.

**Stephen Oskoui, Smiley Media**
701 Brazos St., Suite 1600, Austin, TX 78701
Testimony:  Mr. Oskoui will testify regarding the authenticity and admissibility of documents
attached to and described in the Declaration of Stephen Oskoui filed on March 28, 2012.  Mr.
Oskoui will also describe the marketing and data transmission services Smiley Media performed
for CPA Market, as reflected in the Declaration of Stephen Oskoui.

**Andrew Chen, Visa**
900 Metro Center Blvd., Foster City, CA 94404
Testimony:  Mr. Chen will describe Visa, Inc.'s fraud monitoring program, as reflected in the
Declaration of Andrew Chen filed on March 28, 2012.

**Lorraine McClin-Olriedge, ILD Corp.**
5000 Sawgrass Village Circle, Ponte Vedra Beach, FL 32082
Testimony:  Ms. McClin-Olriedge will testify regarding the authenticity and admissibility of
documents.

**Robert Zoch, NXT Telecommunications**
2827 FM 1624, Giddings, TX 78942
Testimony:  Mr. Zoch will testify regarding the authenticity and admissibility of documents.

**Brett Healy, Rovi Corporation**
2830 De La Cruz Blvd., Santa Clara, CA 95050
Testimony:  Mr. Healy will testify regarding the authenticity and admissibility of documents.

The Federal Trade Commission reserves the right to offer testimony to rebut any expert subsequently named by Contempt Defendants. The Federal Trade Commission further reserves the right to call additional witnesses in rebuttal and to call or cross-examine any witnesses identified by Contempt Defendants.

NOTICE IS FURTHER GIVEN that the Federal Trade Commission shall rely on the following documentary evidence, copies of which previously have been provided to Contempt Defendants or are in Contempt Defendants' possession.

**BSG Documents**

| Exhibit # | Description |
|---|---|
| | September 2000 Avery, HBS and Hold Billing Compliance Report to FTC |
| | Excerpt from Avery Communications, Inc. Schedule 14-C dated 2-14-2003, *available at* http://sec.gov |
| | July 2005 CID to BSG |
| | III.B.5 – 000001-8 (excerpt from BSG's response to July 2005 CID) |
| | III.B.5 –000009-69 (excerpt from BSG's response to July 2005 CID) |
| | III.B.5 – 000184 (excerpt from BSG's response to July 2005 CID) |
| | III.B.5 – 000302-413 (excerpt from BSG's response to July 2005 CID) |
| | III.B.13.a – 000716-9 (excerpt from BSG's response to July 2005 CID) |
| | III.B.13.d – 001696-8 (excerpt from BSG's response to July 2005 CID) |
| | III.B.13.d – 001815 (excerpt from BSG's response to July 2005 CID) |
| | III.B.13.d – 001889-90 (excerpt from BSG's response to July 2005 CID) |
| | III.B.13.d – 001933-6 (excerpt from BSG's response to July 2005 CID) |
| | III.B.13.d – 001995 (excerpt from BSG's response to July 2005 CID) |
| | III.B.13.d – 002009-10 (excerpt from BSG's response to July 2005 CID) |

| Exhibit # | Description |
| --- | --- |
| | III.B.13.d – 002011-12 (excerpt from BSG's response to July 2005 CID) |
| | III.B.13.d – 002013-14 (excerpt from BSG's response to July 2005 CID) |
| | III.B.13.d – 002015-16 (excerpt from BSG's response to July 2005 CID) |
| | III.B.13.d – 002017 (excerpt from BSG's response to July 2005 CID) |
| | BSG00000089-5 |
| | BSG00000773-4 |
| | BSG00000854-5 |
| | BSG00001039-41 |
| | BSG00001042-8 |
| | BSG00001139-6 |
| | BSG00001218-26 |
| | BSG00001235-41 |
| | BSG00001259 |
| | BSG00001264-5 |
| | BSG00001341-3 |
| | BSG00001380-1 |
| | BSG00005026-32 |
| | BSG00001460-73 |
| | BSG00001501-6 |
| | BSG00001507-12 |
| | BSG00001567-71 |

| Exhibit # | Description |
| --- | --- |
| | BSG00001593-603 |
| | BSG00001666-75 |
| | BSG00001711-4 |
| | BSG00001725-31 |
| | BSG00001807-9 |
| | BSG00001836-47 |
| | BSG00001848-61 |
| | BSG00001938-46 |
| | BSG00004725-9 |
| | BSG00002077-9 |
| | BSG00002144-59 |
| | BSG00002842-57 |
| | BSG00006388-95 |
| | BSG00004470-4 |
| | BSG00001947-52 |
| | BSG00003979-86 |
| | BSG00003999-4007 |
| | BSG00005026-32 |
| | BSG00005654-7 |
| | BSG00008185-94 |
| | BSG00008296-302 |

| Exhibit # | Description |
|---|---|
| | BSG00009895 |
| | BSG00009943 |
| | BSG00016529-38 |
| | BSG00017267-8 |
| | BSG00018779 |
| | BSG00019025-6 |
| | BSG00019527-8 |
| | BSG00019575-80 |
| | BSG00019594-95 |
| | BSG00019616-7 |
| | BSG00019618-21 |
| | BSG00019636-8 |
| | BSG00019639 |
| | BSG00019640 |
| | BSG00024014-20 |
| | BSG00024051-4 |
| | BSG00024057-9 |
| | BSG00024086-8 |
| | BSG00024127-9 |
| | BSG00024130-2 |
| | BSG00024386 |

| Exhibit # | Description |
| --- | --- |
| | BSG00024418-9 |
| | BSG00024426-7 |
| | BSG00024431 |
| | BSG00024678-80 |
| | BSG00024706-12 |
| | BSG00024722-23 |
| | BSG00024782 |
| | BSG00025325 |
| | BSG00026862-4 |
| | BSG00026873-76 |
| | BSG00026882-6 |
| | BSG00027125 |
| | BSG00027344 |
| | BSG00027239-81 |
| | BSG00027345 |
| | BSG00027346 |
| | BSG00027347 |
| | BSG00027348 |
| | BSG00027349-51 |
| | BSG00027358 |
| | BSG00027477-81 |

| Exhibit # | Description |
|---|---|
| | BSG00027495 |
| | BSG00027779-86 |
| | BSG00027800-1 |
| | BSG00027802-21 |
| | BSG00027822-36 |
| | BSG00027837-51 |
| | BSG00027852-66 |
| | BSG00027867-86 |
| | BSG00027898-903 |
| | BSG00027904-12 |
| | BSG00027913-21 |
| | BSG00027922 |
| | BSG00027928 |
| | BSG00027929 |
| | BSG00027930 |
| | BSG00027931 |
| | BSG00027932 |
| | BSG00027933 |
| | BSG00027934 |
| | BSG00027958-9 |
| | BSG00027960-8 |

| Exhibit # | Description |
| --- | --- |
|  | BSG00027971-9 |
|  | BSG00027980-8 |
|  | BSG00027996-8004 |
|  | BSG00028009 |
|  | BSG00028155-6 |
|  | BSG00028353-60 |
|  | BSG00028561-2 |
|  | BSG00028563-5 |
|  | BSG00003823-32 |
|  | BSG00032286-318 |
|  | BSG00032536-7 |
|  | BSG00032999-33000 |
|  | BSG00033294-7 |
|  | BSG00033412-4 |
|  | BSG00033418-20 |
|  | BSG00033428-31 |
|  | BSG00033439-40 |
|  | BSG00033460-76 |
|  | BSG00034077-80 |
|  | BSG00034081-95 |
|  | BSG00034192-4 |

| Exhibit # | Description |
|---|---|
| | BSG00034246 |
| | BSG00034763-76 |
| | BSG00035043-6 |
| | BSG00035050-4 |
| | BSG00035062-7 |
| | BSG00035119-25 |
| | BSG00035141-8 |
| | BSG00035208 |
| | BSG00035286 |
| | BSG00035299-306 |
| | BSG00036085-100 |
| | BSG00035903-05 |
| | BSG00035932-7 |
| | BSG00035943-9 |
| | BSG00035983-85 |
| | BSG00037238 |
| | BSG00038748-50 |
| | BSG00039305-6 |
| | BSG00039307-8 |
| | BSG00039317-8 |
| | BSG00039448-51 |

| Exhibit # | Description |
| --- | --- |
| | BSG00039463 |
| | BSG00039464-71 |
| | BSG00039495 |
| | BSG00039742 |
| | BSG00039751 |
| | BSG00039797-800 |
| | BSG00039801 |
| | BSG00040060-8 |
| | BSG00040237 |
| | BSG00040257-74 |
| | BSG00040300 |
| | BSG00040309-11 |
| | BSG00040332-5 |
| | BSG00040489 |
| | BSG00040491 |
| | BSG00040496-531 |
| | BSG00040532-8 |
| | BSG00040749-50 |
| | BSG00040752-64 |
| | BSG00040791-5 |
| | BSG00040807-8 |

| Exhibit # | Description |
|---|---|
| | BSG00040829-33 |
| | BSG00040850-4 |
| | BSG00040993-1083 |
| | BSG00041121 |
| | BSG00041798-800 |
| | BSG00042119-31 |
| | BSG00042296-315 |
| | BSG00043580 |
| | BSG00043957-8 |
| | BSG00044108-9 |
| | BSG00044429 |
| | BSG00044484-6 |
| | BSG00044492-4 |
| | BSG00044497-9 |
| | BSG00044502-4 |
| | BSG00044516-7 |
| | BSG00044525-6 |
| | BSG00044554-6 |
| | BSG00044790-1 |
| | BSG00045077-84 |
| | BSG00045085 |

| Exhibit # | Description |
|---|---|
| | BSG00045089-91 |
| | BSG00045161-2 |
| | BSG00045186-8 |
| | BSG00045189 |
| | BSG00045190-91 |
| | BSG00045208-09 |
| | BSG00045273-4 |
| | BSG00045874-5 |
| | BSG00046266-9 |
| | BSG00046278-80 |
| | BSG00047105-7 |
| | BSG00047612-4 |
| | BSG00047767-9 |
| | BSG00048067-9 |
| | BSG00048070-2 |
| | BSG00048166 |
| | BSG00048335-6 |
| | BSG00048888-9 |
| | BSG00048975-9 |
| | BSG00049129-68 |
| | BSG00049265-7 |

| Exhibit # | Description |
| --- | --- |
| | BSG00049351 |
| | BSG00049352 |
| | BSG00049353 |
| | BSG00049354 |
| | BSG00049355 |
| | BSG00049356 |
| | BSG00049376-83 |
| | BSG00049386-90 |
| | BSG00049391-6 |
| | BSG00049397 |
| | BSG00049409-15 |
| | BSG00049494-5 |
| | BSG00049496-9 |
| | BSG00049527-8 |
| | BSG00049546-8 |
| | BSG00049554-6 |
| | BSG00052783-5 |
| | BSG00053815-47 |
| | BSG00054085-99 |
| | BSG00054101-8 |
| | BSG00054256-66 |

| Exhibit # | Description |
|---|---|
| | BSG00054273-4 |
| | BSG00054304-12 |
| | BSG00054391-9 |
| | BSG00054480 |
| | BSG00054481-5 |
| | BSG00054486 |
| | BSG00054487-91 |
| | BSG00054492-7 |
| | BSG00054512-8 |
| | BSG00054520 |
| | BSG00054668 |
| | BSG00054811 |
| | BSG00055022-54 |
| | BSG00055524-5 |
| | BSG00055937-9 |
| | BSG00056331-40 |
| | BSG00056661-5 |
| | BSG00056583 |
| | BSG00056585-6 |
| | BSG00056621-9 |
| | BSG00056651-4 |

| Exhibit # | Description |
| --- | --- |
| | BSG00056672-82 |
| | BSG00056683-86 |
| | BSG00056692-700 |
| | BSG00056938 |
| | BSG00057831-3 |
| | BSG00057835-7 |
| | BSG00057695-7 |
| | BSG00058568-9 |
| | BSG00059894 |
| | BSG00059898-900 |
| | BSG00060010-24 |
| | BSG00062963-4 |
| | BSG00068166-9 |
| | BSG00068244-7 |
| | BSG00070794-6 |
| | BSG00071654-61 |
| | BSG00071701-2 |
| | BSG00072894-939 |
| | BSG00073198-203 |
| | BSG00073657-8 |
| | BSG00075075-6 |

| Exhibit # | Description |
|---|---|
| | BSG00075296-98 |
| | BSG00075474 |
| | BSG00075458-9 |
| | BSG00076869 |
| | BSG00077100-3 |
| | BSG00077958-62 |
| | BSG00077963-4 |
| | BSG00077965-72 |
| | BSG00078447-74 |
| | BSG00078975-76 |
| | BSG00079020-3 |
| | BSG00079770-2 |
| | BSG00079952 |
| | BSG00008144-9 |
| | BSG00080881-3 |
| | BSG00081285 |
| | BSG00081327 |
| | BSG00081623-4 |
| | BSG00081745-7 |
| | BSG00081979-80 |
| | BSG00082631 |

| Exhibit # | Description |
| --- | --- |
| | BSG00082858 |
| | BSG00083003 |
| | BSG00083046 |
| | BSG00083176 |
| | BSG00085795-7 |
| | BSG00086387-8 |
| | BSG00086389-90 |
| | BSG00086522-4 |
| | BSG00086585-6 |
| | BSG00086600-02 |
| | BSG00086805-983 |
| | BSG00087214-26 |
| | BSG00087262-318 |
| | BSG00087540-3 |
| | BSG00088684-702 |
| | BSG00089246-8 |
| | BSG00089249-51 |
| | BSG00089252-4 |
| | BSG00089255-7 |
| | BSG00089258-60 |
| | BSG00089261-3 |

| Exhibit # | Description |
| --- | --- |
| | BSG00089264-6 |
| | BSG00089328-42 |
| | BSG00093255 |
| | BSG00089358-89 |
| | BSG00089390-413 |
| | BSG00089414-42 |
| | BSG00089443-70 |
| | BSG00089472-99 |
| | BSG00094682 |
| | BSG00097265 |
| | BSG00100540-42 |
| | BSG00100549-50 |
| | BSG00102762-90 |
| | BSG00104994 |
| | BSG00104995-5018 |
| | BSG00105092 |
| | BSG00016453-61 |
| | BSG00016493-500 |
| | BSG000165051-5 |
| | BSG00016517-25 |
| | BSG00016584-2 |

| Exhibit # | Description |
|---|---|
| | BSG00016625-8 |
| | BSG00016641-2 |
| | BSG00016667-8 |
| | BSG00016669-76 |
| | BSG00016696-704 |
| | BSG00016718-25 |
| | BSG00016853-60 |
| | BSG00017674-6 |
| | BSG00018433-41 |
| | BSG_Resp-I- p.00000021-40 |
| | BSG_Resp-I- p.00000041-60 |
| | BSG_Resp-I- p.00000061-80 |
| | BSG_Resp-I- p.00000081-100 |
| | BSG_Resp-I- p.00000121-40 |
| | BSG_Resp-I- p.00000141-60 |
| | BSG_Resp-I- p.00000195-214 |
| | BSG_Resp-I- p.00000215-34 |
| | BSG_Resp-I- p.00000255-274 |
| | BSG_Resp-I- p.00000291-5 |
| | BSG_Resp-I- p.00000302-07 |
| | BSG_Resp-I- p.00000446-50 |

| Exhibit # | Description |
|---|---|
| | BSG_Resp-I- p.00000457-62 |
| | BSG_Resp-II-p.00000001-11 |
| | BSG_Resp-II-p.00000012-37 |
| | BSG_Resp-II-p.00000038-61 |
| | BSG_Resp-II-p.00000062-89 |
| | BSG_Resp-II-p.00000092-93 |
| | BSG_Resp-II-p.00000094-95 |
| | BSG_Resp-II-p.00000096-97 |
| | BSG_Resp-II-p.00000102-3 |
| | BSG_Resp-II-p.00000104-5 |
| | BSG_Resp-II-p.00000108 |
| | BSG_Resp-II-p.00000109-110 |
| | BSG_Resp-II-p.00000111-12 |
| | BSG_Resp-II-p.00000113-14 |
| | BSG_Resp-II-p.00000115-16 |
| | BSG_Resp-II-p.00000117 |
| | BSG_Resp-II-p.00000118-39 |
| | BSG_Resp-II-p.00000140-59 |
| | BSG_Resp-II-p.00000188-96 |
| | BSG_Resp-II-p.00000235-58 |
| | BSG_Resp-II-p.00000197-204 |

| Exhibit # | Description |
|---|---|
| | BSG_Resp-II-p.00000224-34 |
| | BSG_Resp-II-p.00000283-95 |
| | BSG_Resp-II-p.00000296-320 |
| | BSG_Resp-II-p.00000321-31 |
| | BSG_Resp-II-p.00000332-52 |
| | BSG_Resp-II-p.00000353-63 |
| | BSG_Resp-II-p.00000364-82 |
| | BSG_Resp-II-p.00000383-91 |
| | BSG_Resp-II-p.00000392-415 |
| | BSG_Resp-II-p.00000421-22 |
| | BSG_Resp-II-p.00000423-31 |
| | BSG_Resp-II-p.00000432-55 |
| | BSG_Resp-II-p.00000456-57 |
| | BSG_Resp-II-p.00000458-60 |
| | BSGRESPVII0000001-10 |
| | BSGRESPXIII00000033-7 |
| | BSGRESPXIII00000038-42 |
| | BSGRESPXIII00000223-7 |
| | BSGRESPXIII00000290-3 |
| | BSGRESPXIII00000562-5 |
| | BSGRESPXIII00000566-7 |

| Exhibit # | Description |
|---|---|
|  | BSGRESPXVI00002747 |
|  | BSGRESPXVII00000001-37 |
|  | BSGRESPXVIIII00002747-64 |
|  | BCI_026026-48 |
|  | BCI_026033-4 |
|  | BCI_026051-2 |
|  | BCI_026163-81 |
|  | BCI_026182-5 |
|  | BCI_026261-4 |
|  | BCI_026006-9 |
|  | BCI_026013-17 |
|  | BCI_026028-30 |
|  | Website captures from bsgclearing.com, filed as Docket Entries 55-48 and 55-49 (Goldstein Attachments A-B). |

**Other Documents**

| Exhibit # | Description |
|---|---|
| | Subpoena to ILD Corp., filed as Docket Entry 55-44 (Wolfe Attachment H) |
| | ILD Corp. documents filed as Docket Entry 55-44 (Wolfe Attachment H) (control numbers 0001, 0002-3, 0004-5, and 0581-2) |
| | Subpoena to NXT Telecommunications, Inc., filed as Docket Entry 55-45 (Wolfe Attachment I) |
| | Subpoena to Rovi Corporation, filed as Docket Entry 55-46 (Wolfe Attachment J ) |
| | HBSDOC-00057568 |
| | HBSDOC-0057569 |
| | HBSDOC-0057570 |
| | HBSDOC-0057571 |
| | HBSDOC-0057572 |
| | Documents from Smiley Media, filed as Docket Entries 55-51 and 55-52 (Goldstein Attachment D) (control numbers:  690, 1873, 2318, 2574, 4549, 4550, 4551, 4580, 4875, 5157, 5715, 5918, 6237, 6314, 6386, 6529, 6531, 6532, 6533, 6534, 6536, 6538, 6543, 6576, 6615, 6616, 6617, 6618, 6626, 6665, 6667, 6674, and 6735). |
| | Myemail.com Registration Flow, filed as Docket Entry 55-73 (Oskoui Attachment A) |
| | greatamericanphotocontest.com Registration Flow, filed as Docket Entry 55-73 (Oskoui Attachment B). |
| | HBSDOC-0001726 |
| | HBSDOC-0004970 |
| | HBSDOC-0005260 |
| | HBSDOC-0006368 |

| Exhibit # | Description |
| --- | --- |
| | HBSDOC-0006471 |
| | HBSDOC-0006504 |
| | HBSDOC-0009325 |
| | HBSDOC-0009363 |
| | HBSDOC-0009372 |
| | HBSDOC-0010116 |
| | HBSDOC-0010117 |
| | HBSDOC-0010292 |
| | HBSDOC-0058225-6 |
| | 1B056_ITEM 57-BINDER JUNE-MAY-MARCH-FEB 06-000001-3 |
| | 1B056_ITEM 57-BINDER JUNE-MAY-MARCH-FEB 06-000177-82 |
| | 1B056_ITEM 57-BINDER JUNE-MAY-MARCH-FEB 06-000186-91 |
| | 1B051_ITEM 32-CINDYS PAPERS_COPIES GIVEN BACK TO ME-000001-20 |
| | 1B071_ITEM 80-OLD MEMOS-000005 |
| | 1B071_ITEM 80-OLD MEMOS-000010 |
| | 1B071_ITEM 80-OLD MEMOS-000028 |
| | 1B071_ITEM 80-OLD MEMOS-000030 |
| | 1B071_ITEM 80-OLD MEMOS-000033 |
| | 1B071_ITEM 80-OLD MEMOS-000079 |
| | 1B071_ITEM 80-OLD MEMOS-000110 |
| | 1B071_ITEM 80-OLD MEMOS-000200 |

| Exhibit # | Description |
|---|---|
| | 1B071_ITEM 80-OLD MEMOS-000220-1 |
| | 1B071_ITEM 80-OLD MEMOS-000227 |
| | 1B071_ITEM 80-OLD MEMOS-000232 |
| | 1B071_ITEM 80-OLD MEMOS-000233-4 |
| | 1B057_ITEM 63-INSTANT411 CA-000071-2 |
| | 1B057_ITEM 63-INFOCALL-000067-8 |
| | 1B057_ITEM 63-ESAFEID CA-000044 |
| | 1B057_ITEM 63-DIGITALVMAIL CA-000060 |
| | 1B057_ITEM 63-800VMAILBOX CA-000076 |
| | 1B057_ITEM 63-800VMAILBOX CA-000108 |
| | 1B068_ITEM 71-BSG PERFORMANCE INDICATORS-000007-55 |
| | 1B066_ITEM 69-MISC DOCUMENTS-3-000040-3 |
| | 1B057_ITEM 63-VENDORS-000063-6 |
| | 1B063_ITEM 61-IDATAWORX 2009-000004-5 |
| | 1B063_ITEM 61-IDATAWORX 2009-000006-7 |
| | 1B063_ITEM 61-IDATAWORX 2009-000012-3 |
| | 1B063_ITEM 61-IDATAWORX 2009-000016-7 |
| | 1B063_ITEM 61-IDATAWORX 2009-000027-8 |
| | 1B063_ITEM 61-IDATAWORX 2009-000029-30 |
| | 1B063_ITEM 61-IDATAWORX 2009-000034-5 |
| | 1B063_ITEM 61-IDATAWORX 2009-000042-3 |

| Exhibit # | Description |
|---|---|
| | 1B063_ITEM 61-IDATAWORX 2009-000051-2 |
| | 1B055_ITEM 55-IDATAWORX LLC 2010-000006-7 |
| | 1B055_ITEM 55-IDATAWORX LLC 2010-000011-2 |
| | F01-HBS-0000984-85 |
| | F01-HBS-0000967 |
| | F01-HBS-0000966 |
| | F01-HBS-0001046 |
| | F01-HBS-0000998 |
| | F01-HBS-0000998 |
| | F01-HBS0000997 |
| | Senate Committee Report, *Unauthorized Charges on Telephone Bills* |
| | BSG 2011 Comment to FCC |
| | Excerpts of the record from *Lady Di's v. Enhanced Services Billing* (Docket Entry 23) from the Court of Appeals for the Seventh Circuit PACER docket |
| | Declaration and attachments of Elizabeth Anne Miles (Docket Entry 121) |
| | FTC PROD – HBS – 0003749-55 |
| | FTC PROD – HBS – 0003756-61 |
| | FTC PROD – HBS – 0003762-7 |
| | FTC PROD – HBS – 0003768-72 |
| | FTC PROD – HBS – 0003773-8 |
| | FTC PROD – HBS – 0003779-83 |
| | FTC PROD – HBS – 0003784-9 |

| Exhibit # | Description |
|---|---|
| | FTC PROD – HBS – 0003790-4 |
| | FTC PROD – HBS – 0003795-800 |
| | FTC PROD – HBS – 0003801-8 |
| | FTC PROD – HBS – 0003809-14 |
| | FTC PROD – HBS – 0003815-24 |
| | FTC PROD – HBS – 0003825-35 |
| | FTC PROD – HBS – 0003836-43 |
| | FTC PROD – HBS – 0003844-52 |
| | FTC PROD – HBS – 0003853-9 |
| | FTC PROD – HBS – 0003860-5 |
| | FTC PROD – HBS – 0003866-74 |
| | FTC PROD – HBS – 0003875-85 |
| | FTC PROD – HBS – 0003886-94 |
| | FTC PROD – HBS – 0003895-900 |
| | FTC PROD – HBS – 0003901-8 |
| | FTC PROD – HBS – 0003909-19 |
| | FTC PROD – HBS – 0003920-30 |
| | FTC PROD – HBS – 0003931-45 |
| | FTC PROD – HBS – 0003946-53 |
| | FTC PROD – HBS – 0003954-60 |
| | FTC PROD – HBS – 0003961-7 |

| Exhibit # | Description |
|---|---|
| | FTC PROD – HBS – 0003968-73 |
| | FTC PROD – HBS – 0003974-9 |

The Federal Trade Commission reserves the right to rely on any and all documents listed on Contempt Defendants' Witness and Exhibit List.  The FTC further reserves the right to supplement or modify this list of documents based on further discovery or investigation conducted by Contempt Defendants.  The Federal Trade Commission further reserves the right to supplement or modify this list of documentary evidence in response to Contempt Defendants' production of additional documents and information, including, but not limited to documents or information produced as part of any expert report.  The Federal Trade Commission further reserves the right to submit additional documentary evidence in cross-examination, rebuttal, or for impeachment.

Dated:  September 3, 2013             _____/s/Robin L. Moore_____

                                            Robin L. Moore
                                            Douglas V. Wolfe
                                            Sarah R. Waldrop
                                            Attorneys for Federal Trade Commission

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2013, I served via electronic mail the foregoing Witness and Exhibit List to the following:

Dina M. Cox
Robert Baker
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202

Ricardo G. Cedillo
Derick J. Rodgers
Mark W. Kiehne
Davis, Cedillo & Mendoza, Inc.
McCombs Plaza
755 E. Mulberry Ave.
Suite 500
San Antonio, TX 78212-3149

By: _____*/s/ Robin L. Moore*_____
        Robin L. Moore
        Douglas V. Wolfe
        Sarah R. Waldrop
        Attorneys for Federal Trade Commission

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 24, 2013, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification to all counsel of record.

By: <u>/s/ *Robin L. Moore*      </u>