**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

—————————————————————————
                               )
**FEDERAL TRADE COMMISSION**,      )
                               )
               Plaintiff,        )
                               )    **Case No. SA-98-cv-0629-FB (HJB)**
vs.                                   )
                               )
**HOLD BILLING SERVICES, et. al**.     )
                               )
              Defendants.     )
—————————————————————————)

## FEDERAL TRADE COMMISSION'S WITNESS LIST

Contact information for witnesses was provided with the FTC's Preliminary and Final Witness and Exhibit Lists.

**Witnesses the FTC expects to call:**
- E. Anne Miles, Federal Trade Commission
- Michael Goldstein, Federal Trade Commission
- Stephen Oskoui, Smiley Media
- Robert Zoch, NXT Telecommunications
- Denise DeSilva, BSG
- Melissa Mitchell, BSG

**Witnesses whose testimony the FTC will present by deposition designation (deposition designations filed separately):**
- Andrew Chen, VISA Inc.
- Robert Rauschenberger, Exponent

**Witnesses the FTC will call if necessary:**
- Norman Phipps, BSG
- Sherry Martinez, BSG
- Blanca DeLeon, BSG
- Vivian Obledo, BSG
- Corinna Ortegon, BSG
- Amy Oswalt, BSG
- Adolf Rodriguez, BSG
- John Wardashki, BSG
- Kelli Cubeta, BSG

- Andrea Salinas, BSG
- Sally Welge, formerly of BSG
- Roberta Trevino, formerly of BSG
- Greg M. Carter, formerly of BSG
- Cathy Coleman-Ackerman, formerly of BSG
- Brian Percival, Federal Bureau of Investigation
- John Papworth, CPA Marketing
- Brian Jones, iDataWorx
- Brett Healy, Rovi Corp. (by deposition designation)

Dated: October 25, 2013   Respectfully Submitted,

FEDERAL TRADE COMMISSION

By:   *Sarah Waldrop*

Robin L. Moore (DC Bar #987108)
Douglas V. Wolfe (DC Bar #437476)
Sarah Waldrop (MD Bar) (numbers not issued)
(202) 326-2167 (Moore);  Jonathan Cohen (DC Bar #483454)
-3113 (Wolfe); -3444 (Waldrop);  Attorneys for Federal Trade Commission
-2551 (Cohen); -2558 (fax)  600 Pennsylvania Ave., N.W., Suite M-8102 B
rmoore@ftc.gov; dwolfe@ftc.gov;  Washington, D.C. 20580
swaldrop@ftc.gov; jcohen2@ftc.gov  Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2013, I electronically filed the foregoing Witness List with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Dina M. Cox
Robert Baker
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, Indiana 46202

Ricardo G. Cedillo
Derick J. Rodgers
Mark W. Kiehne
Davis, Cedillo & Mendoza, Inc.
McCombs Plaza
755 E. Mulberry Ave., Suite 500
San Antonio, Texas 78212-3149

By:     _*Sarah Waldrop*_____

Robin L. Moore (DC Bar #987108)
Douglas V. Wolfe (DC Bar #437476)
Sarah Waldrop (MD Bar) (numbers not issued)
(202) 326-2167 (Moore);          Jonathan Cohen (DC Bar #483454)
-3113 (Wolfe); -3444 (Waldrop);   Attorneys for Federal Trade Commission
-2551 (Cohen); -2558 (fax)        600 Pennsylvania Ave., N.W., Suite M-8102 B
rmoore@ftc.gov; dwolfe@ftc.gov;   Washington, D.C. 20580
swaldrop@ftc.gov; jcohen2@ftc.gov  Admitted *Pro Hac Vice*