# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

---

|  |  |  |
|---|---|---|
| **FEDERAL TRADE COMMISSION**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Case No. SA-98-cv-0629-FB (HJB)** |
| vs. | ) | |
| | ) | |
| **HOLD BILLING SERVICES, et. al**. | ) | |
| | ) | |
| Defendants. | ) | |

---

## FEDERAL TRADE COMMISSION'S EXHIBIT LIST

Pursuant to the Court's Second Amended Scheduling Order (DE 142) and local rule CV-16(f), the Federal Trade Commission submits its Exhibit List, separately identifying those exhibits the FTC expects to offer and those the FTC may offer if the need arises:

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 1 | BSG00000066-99 |
| 2 | BSG00000773-4 |
| 3 | BSG00000854-5 |
| 4 | BSG00001259-60 |
| 5 | BSG00001711-4 |
| 6 | BSG00001264-5 |
| 7 | BSG00001380-1 |
| 8 | BSG00001507-12 |
| 9 | BSG00001567-71 |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 10 | BSG00001947-52 |
| 11 | BSG00002077-9 |
| 12 | BSG00002144-59 |
| 13 | BSG00002842-57 |
| 14 | BSG00003823-32 |
| 15 | BSG00004470-4 |
| 16 | BSG00005026-32 |
| 17 | BSG00001235-41 |
| 18 | BSG00001460-73 |
| 19 | BSG00001501-6 |
| 20 | BSG00001666-75 |
| 21 | BSG00001725-31 |
| 22 | BSG00001807-9 |
| 23 | BSG00001836-47 |
| 24 | BSG00005654-7 |
| 25 | BSG00008144-9 |
| 26 | BSG00001139-46 |
| 27 | BSG00001341-3 |
| 28 | BSG00001039-41 |
| 29 | BSG00001042-8 |
| 30 | BSG00001593-603 |
| 31 | BSG00001848-61 |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 32 | BSG00006388-95 |
| 33 | BSG00001218-26 |
| 34 | BSG00001938-46 |
| 35 | BSG00003999-4007 |
| 36 | BSG00003979-86 |
| 37 | BSG00004725-9 |
| 38 | BSG00008185-94 |
| 39 | BSG00008296-302 |
| 41 | BSG00036085-100 |
| 42 | BSG00019639 |
| 43 | BSG00019640 |
| 44 | BSG00049494-5 |
| 45 | BSG00049527-8 |
| 46 | BSG00019025-6 |
| 47 | BSG00049376-83 |
| 48 | BSG00049386-90 |
| 49 | BSG00049409-15 |
| 50 | BSG00035943-9 |
| 51 | BSG00049546-8 |
| 52 | BSG00049554-6 |
| 53 | BSG00037238 |
| 54 | BSG00019616-7 |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 55 | BSG00009895 |
| 56 | BSG00035903-05 |
| 57 | BSG00035983-85 |
| 58 | BSG00019527-8 |
| 59 | BSG00019636-8 |
| 60 | BSG00026882-6 |
| 61 | BSG00026862-4 |
| 62 | BSG00026873-76 |
| 63 | BSG00027125-8 |
| 64 | BSG00068166-9 |
| 65 | BSG00068244-7 |
| 66 | BSG00024086-8 |
| 67 | BSG00024130-2 |
| 68 | BSG00024127-9 |
| 69 | BSG00024057-9 |
| 70 | BSG00024051-4 |
| 71 | BSG00024014-20 |
| 72 | BSG00056583 |
| 73 | BSG00056585-6 |
| 74 | BSG00070794-6 |
| 75 | BSG00056621-9 |
| 76 | BSG00056692-700 |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 77 | BSG00056672-82 |
| 78 | BSG00062963-4 |
| 79 | BSG00071654-61 |
| 80 | BSG00039317-8 |
| 81 | BSG00039448-51 |
| 82 | BSG00027495 |
| 83 | BSG00039495 |
| 84 | BSG00027358 |
| 85 | BSG00027348 |
| 86 | BSG00027344 |
| 87 | BSG00027347 |
| 88 | BSG00027346 |
| 89 | BSG00027345 |
| 90 | BSG00027349-51 |
| 91 | BSG00027239-81 |
| 92 | BSG00054512-8 |
| 93 | BSG00027922 |
| 94 | BSG00027913-21 |
| 95 | BSG00027904-12 |
| 96 | BSG00034077-80 |
| 97 | BSG00034081-95 |
| 98 | BSG00027837-51 |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 99 | BSG00027895-903 |
| 100 | BSG00027822-36 |
| 101 | BSG00027852-66 |
| 102 | BSG00027867-86 |
| 103 | BSG00027779-86 |
| 104 | BSG00027802-21 |
| 105 | BSG00100549-50 |
| 106 | BSG00027932 |
| 107 | BSG00027929 |
| 108 | BSG00027933 |
| 109 | BSG00027930 |
| 110 | BSG00027928 |
| 111 | BSG00027934 |
| 112 | BSG00028009 |
| 113 | BSG00034246 |
| 114 | BSG00054391-9 |
| 115 | BSG00027996-8004 |
| 116 | BSG00027980-8 |
| 117 | BSG00027971-9 |
| 118 | BSG00054101-8 |
| 119 | BSG00027960-8 |
| 120 | BSG00027958-9 |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 121 | BSG00054273-4 |
| 122 | BSG00059898-900 |
| 123 | BSG00039742 |
| 124 | BSG00048166 |
| 125 | BSG00032536-7 |
| 126 | BSG00028155-6 |
| 127 | BSG00016517-25 |
| 127-A | Transcript of BSG00016518 |
| 127-B | Transcript of BSG00016519 |
| 127-C | Transcript of BSG00016520 |
| 128 | BSG00057695-7 |
| 129 | BSG00016493-500 |
| 129-A | Transcript of BSG00016499 |
| 129-B | Transcript of BSG00016500 |
| 130 | BSG00053815-47 |
| 131 | BSG00032286-318 |
| 132 | BSG00016529-38 |
| 133 | BSG00075458-9 |
| 134 | BSG00057831-3 |
| 135 | BSG00057835-7 |
| 136 | BSG00052783-5 |
| 137 | BSG00054811 |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 138 | BSG00040060-8 |
| 139 | BSG00040257-74 |
| 140 | BSG00040237 |
| 141 | BSG00028353-60 |
| 142 | BSG00033418-20 |
| 143 | BSG00033412-4 |
| 144 | BSG00040309-11 |
| 145 | BSG00040489 |
| 146 | BSG00033428-31 |
| 147 | BSG00056331-40 |
| 148 | BSG00040532-8 |
| 149 | BSG00040496-502 |
| 150 | BSG00016584-92 |
| 150-A | Transcript of BSG00016590 |
| 150-B | Transcript of BSG00016591 |
| 150-C | Transcript of BSG00016592 |
| 151 | BSG00058568-9 |
| 152 | BSG00033439-40 |
| 153 | BSG00040850-4 |
| 154 | BSG00040829-33 |
| 155 | BSG00016625-8 |
| 155-A | Transcript of BSG00016626 |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 155-B | Transcript of BSG00016627 |
| 155-C | Transcript of BSG00016628 |
| 156 | BSG00040993-1083 |
| 157 | BSG00077965-72 |
| 158 | BSG00040752-64 |
| 159 | BSG00040791 |
| 160 | BSG00016641-2 |
| 160-A | Transcript of BSG00016642 |
| 161 | BSG00077963-4 |
| 162 | BSG00024678-80 |
| 163 | BSG00060010-24 |
| 164 | BSG00028561-2 |
| 165 | BSG00028563-5 |
| 166 | BSG00077958-62 |
| 167 | BSG00041798-800 |
| 168 | BSG00016667-8 |
| 168-A | Transcript of BSG00016668 |
| 169 | BSG00042296-315 |
| 170 | BSG00035141-8 |
| 171 | BSG00016696-704 |
| 171-A | Transcript of BSG00016702 |
| 171-B | Transcript of BSG00016703 |

| Exhibits the FTC Will Use | |
|---|---|
| PX Number | Description or Bates Number |
| 171-C | Transcript of BSG00016704 |
| 172 | BSG00017267-8 |
| 173 | BSG00016718-25 |
| 173-A | Transcript of BSG00016724 |
| 173-B | Transcript of BSG00016725 |
| 174 | BSG00080881-3 |
| 175 | BSG00024782 |
| 176 | BSG00016669-76 |
| 176-A | Transcript of BSG00016670 |
| 177 | BSG00043580 |
| 178 | BSG00018779 |
| 179 | BSG00043957-8 |
| 180 | BSG00016853-60 |
| 180-A | Transcript of BSG00016858 |
| 180-B | Transcript of BSG00016859 |
| 180-C | Transcript of BSG00016860 |
| 181 | BSG00044108-9 |
| 182 | BSG00035208 |
| 183 | BSG00033460 |
| 184 | BSG00044516-7 |
| 185 | BSG00044497-9 |
| 186 | BSG00044492-4 |

| PX Number | Description or Bates Number |
|---|---|
| | **Exhibits the FTC Will Use** |
| 187 | BSG00044484-6 |
| 188 | BSG00044502-4 |
| 189 | BSG00034763-76 |
| 190 | BSG00044525-6 |
| 191 | BSG00044554-6 |
| 192 | BSG00045089-91 |
| 193 | BSG00045186-8 |
| 194 | BSG00045874-5 |
| 195 | BSG00025325 |
| 196 | BSG00024431 |
| 197 | BSG00024426-7 |
| 198 | BSG00024418-9 |
| 199 | BSG00024706-12 |
| 200 | BSG00035286 |
| 201 | BSG00082858 |
| 202 | BSG00083176 |
| 203 | BSG00077100-3 |
| 204 | BSG00048335-6 |
| 205 | BSG00045273-4 |
| 206 | BSG00046278-80 |
| 207 | BSG00047105-7 |
| 208 | BSG00047612-4 |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 209 | BSG00047767-9 |
| 210 | BSG00048067-9 |
| 211 | BSG00048070-2 |
| 212 | BSG00059894 |
| 213 | BSG00079770-2 |
| 214 | BSG00079952 |
| 215 | BSG00081285 |
| 216 | BSG00081327 |
| 217 | BSG00083046 |
| 218 | BSG00083003 |
| 219 | BSG00049391-6 |
| 220 | BSG00035932-7 |
| 221 | BSG00055524-5 |
| 222 | BSG00078975-76 |
| 223 | BSG00056938 |
| 224 | BSG00054487-91 |
| 225 | BSG00055022-54 |
| 226 | BSG00040332-5 |
| 227 | BSG00040749-50 |
| 228 | BSG00072894-939 |
| 229 | BSG00086522-4 |
| 230 | BSG00044790-1 |

| **Exhibits the FTC Will Use** |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 231 | BSG00044429 |
| 232 | BSG00045085 |
| 233 | BSG00045077-84 |
| 234 | BSG00045161-2 |
| 235 | BSG00045190-91 |
| 236 | BSG00045189 |
| 237 | BSG00081623-4 |
| 238 | BSG00033294-7 |
| 239 | BSG00082631 |
| 240 | BSG00076869 |
| 241 | BSG00054520 |
| 242 | BSG00054481-5 |
| 243 | BSG00016501-5 |
| 243-A | Transcript of BSG00016505 |
| 244 | BSG00018433-41 |
| 244-A | Transcript of BSG00018438 |
| 244-B | Transcript of BSG00018439 |
| 244-C | Transcript of BSG00018440 |
| 245 | September 2000 Avery, HBS and Hold Billing Compliance Report to FTC |
| 246 | Excerpt from Avery Communications, Inc. Schedule 14-C dated 2-14-2003, *available at* http://sec.gov |
| 247 | III.B.5 – 000001-3 (excerpt from BSG's response to July 2005 CID) |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 248 | III.B.5 – 000004-8 (excerpt from BSG's response to July 2005 CID) |
| 249 | III.B.5 – 000302-413 (excerpt from BSG's response to July 2005 CID) |
| 250 | III.B.5 –000009-69 (excerpt from BSG's response to July 2005 CID) |
| 251 | III.B.5 – 000184 (excerpt from BSG's response to July 2005 CID) |
| 252 | BSG's AIM admission (retrieved from bsgclearing.com) (Filed with Goldstein Declaration) |
| 253 | BSG's wireless disposal (retrieved from bsgclearing.com) (Filed with Goldstein Declaration) |
| 254 | BSG's 2008 annual report (retrieved from bsgclearing.com) (Filed with Goldstein Declaration) |
| 255 | BSG's 2009 annual report (retrieved from bsgclearing.com) (Filed with Goldstein Declaration) |
| 256 | Description of BSG's business (retrieved from bsgclearing.com) (Filed with Goldstein Declaration) |
| 257 | BSG's 2011 guaranty agreements (retrieved from bsgclearing.com) (Filed with Goldstein Declaration) |
| 258 | BSG's bye-laws (retrieved from bsgclearing.com) (Filed with Goldstein Declaration) |
| 259 | BSG's 2007 credit and guaranty agreement (retrieved from bsgclearing.com) (Filed with Goldstein Declaration) |
| 260 | BSG press release (retrieved from bsgclearing.com) (Filed with Goldstein Declaration) |
| 261 | BSG's January-June 2010 6-month interim results (retrieved from bsgclearing.com) (Filed with Goldstein Declaration) |
| 262 | Letter from BSG CEO (retrieved from bsgclearing.com) (Filed with Goldstein Declaration) |
| 263 | BSG officers (retrieved from bsgclearing.com) (Filed with Goldstein Declaration) |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 264 | BSG press release (retrieved from bsgclearing.com) (Filed with Goldstein Declaration) |
| 265 | BSG's 2011 credit agreement (retrieved from bsgclearing.com) (Filed with Goldstein Declaration) |
| 266 | Excerpt of the record from *Lady Di's v. Enhanced Services Billing* (Docket Entry 23) from the Court of Appeals for the Seventh Circuit PACER docket (Filed with Wolfe Declaration) |
| 267 | Excerpt of the record from *Lady Di's v. Enhanced Services Billing* (Docket Entry 23) from the Court of Appeals for the Seventh Circuit PACER docket (Filed with Wolfe Declaration) |
| 268 | BSG00086805-983 |
| 269 | BSG00097265 |
| 270 | BSG00093255 |
| 271 | BSG_Resp-I- p.00000021-40 |
| 272 | BSG_Resp-I- p.00000041-60 |
| 273 | BSG_Resp-I- p.00000061-80 |
| 274 | BSG_Resp-I- p.00000081-100 |
| 275 | BSG_Resp-I- p.00000121-40 |
| 276 | BSG_Resp-I- p.00000141-60 |
| 277 | BSG_Resp-I- p.00000195-214 |
| 278 | BSG_Resp-I- p.00000215-34 |
| 279 | BSG_Resp-I- p.00000255-274 |
| 280 | BSG_Resp-II-p.00000001-11 |
| 281 | BSG_Resp-II-p.00000012-37 |
| 282 | BSG_Resp-II-p.00000038-61 |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 283 | BSG_Resp-II-p.00000062-89 |
| 284 | BSG_Resp-II-p.00000092-93 |
| 285 | BSG_Resp-II-p.00000094-95 |
| 286 | BSG_Resp-II-p.00000096-97 |
| 287 | BSG_Resp-II-p.00000102-3 |
| 288 | BSG_Resp-II-p.00000104-5 |
| 289 | BSG_Resp-II-p.00000108 |
| 290 | BSG_Resp-II-p.00000109-110 |
| 291 | BSG_Resp-II-p.00000111-12 |
| 292 | BSG_Resp-II-p.00000113-14 |
| 293 | BSG_Resp-II-p.00000115-16 |
| 294 | BSG_Resp-II-p.00000117 |
| 295 | BSG_Resp-II-p.00000118-39 |
| 296 | BSG_Resp-II-p.00000140-59 |
| 297 | BSG_Resp-II-p.00000188-96 |
| 298 | BSG_Resp-II-p.00000197-204 |
| 299 | BSG_Resp-II-p.00000224-34 |
| 300 | BSG_Resp-II-p.00000235-58 |
| 301 | BSG_Resp-II-p.00000283-95 |
| 302 | BSG_Resp-II-p.00000296-320 |
| 303 | BSG_Resp-II-p.00000321-31 |
| 304 | BSG_Resp-II-p.00000332-52 |

| Exhibits the FTC Will Use | |
|---|---|
| PX Number | Description or Bates Number |
| 305 | BSG_Resp-II-p.00000353-63 |
| 306 | BSG_Resp-II-p.00000364-82 |
| 307 | BSG_Resp-II-p.00000383-91 |
| 308 | BSG_Resp-II-p.00000392-415 |
| 309 | BSG_Resp-II-p.00000421-22 |
| 310 | BSG_Resp-II-p.00000423-31 |
| 311 | BSG_Resp-II-p.00000432-55 |
| 312 | BSG_Resp-II-p.00000456-57 |
| 313 | BSG_Resp-II-p.00000458-60 |
| 314 | BSG_Resp-I- p.00000291-5 |
| 315 | BSG_Resp-I- p.00000302-07 |
| 316 | BSG_Resp-I- p.00000446-50 |
| 317 | BSG_Resp-I- p.00000457-62 |
| 318 | BSGRESPXIII00000033-7 |
| 319 | BSGRESPXIII00000038-42 |
| 320 | BSGRESPXIII00000223-7 |
| 321 | BSGRESPXIII00000290-3 |
| 322 | BSGRESPXIII00000562-5 |
| 323 | BSGRESPXIII00000566-7 |
| 324 | BSGRESPVII0000001-10 |
| 325 | BSGRESPXVI00002747 |
| 326 | BSGRESPXVIIII00002747-64 |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 327 | BSGRESPXVII00000001-37 |
| 328 | BSG00102762-90 |
| 329 | July 2005 CID to BSG |
| 330 | III.B.13.a – 000716-9 (excerpt from BSG's response to July 2005 CID) |
| 331 | III.B.13.d – 001696-8 (excerpt from BSG's response to July 2005 CID) |
| 332 | III.B.13.d – 001815 (excerpt from BSG's response to July 2005 CID) |
| 333 | III.B.13.d – 001889-90 (excerpt from BSG's response to July 2005 CID) |
| 334 | III.B.13.d – 001933-6 (excerpt from BSG's response to July 2005 CID) |
| 335 | III.B.13.d – 001995 (excerpt from BSG's response to July 2005 CID) |
| 336 | III.B.13.d – 002009-10 (excerpt from BSG's response to July 2005 CID) |
| 337 | III.B.13.d – 002011-12 (excerpt from BSG's response to July 2005 CID) |
| 338 | III.B.13.d – 002013-14 (excerpt from BSG's response to July 2005 CID) |
| 339 | III.B.13.d – 002015-16 (excerpt from BSG's response to July 2005 CID) |
| 340 | III.B.13.d – 002017 (excerpt from BSG's response to July 2005 CID) |
| 341 | 1B056_ITEM 57-BINDER JUNE-MAY-MARCH-FEB 06-000177-82 |
| 342 | 1B056_ITEM 57-BINDER JUNE-MAY-MARCH-FEB 06-000186-91 |
| 343 | 1B056_ITEM 57-BINDER JUNE-MAY-MARCH-FEB 06-000001-3 |
| 344 | 1B051_ITEM 32-CINDYS PAPERS_COPIES GIVEN BACK TO ME-000001-20 |
| 345 | 1B057_ITEM 63-800VMAILBOX CA-000108 |
| 346 | 1B068_ITEM 71-BSG PERFORMANCE INDICATORS-000007-55 |
| 347 | F01-HBS-0000997-8 |
| 348 | 1B057_ITEM 63-INSTANT411 CA-000071-2 |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 349 | 1B057_ITEM 63-INFOCALL-000067-8 |
| 350 | 1B057_ITEM 63-ESAFEID CA-000044 |
| 351 | 1B057_ITEM 63-DIGITALVMAIL CA-000060 |
| 352 | 1B057_ITEM 63-800VMAILBOX CA-000076 |
| 353 | 1B057_ITEM 63-VENDORS-000063-6 |
| 354 | BCI_026023-48 |
| 355 | BCI_026182-5 |
| 356 | BCI_026261-4 |
| 357 | BCI_026006-9 |
| 358 | BCI_026013-17 |
| 359 | BCI_026028-30 |
| 360 | HBSDOC-0009372 |
| 361 | HBSDOC-0006471 |
| 362 | HBSDOC-0006504 |
| 363 | HBSDOC-0005260 |
| 364 | HBSDOC-0010116-7 |
| 365 | Subpoena to Rovi Corporation, filed as Docket Entry 55-46 (Wolfe Attachment J ) |
| 366 | HBSDOC-00057568 |
| 367 | HBSDOC-0057569 |
| 368 | HBSDOC-0057570 |
| 369 | HBSDOC-0057571 |

| Exhibits the FTC Will Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 370 | HBSDOC-0057572 |
| 371 | Documents from Smiley Media, filed as Docket Entries 55-51 and 55-52 (Goldstein Attachment D) (control numbers: 690, 1873, 2318, 2574, 4549, 4550, 4551, 4580, 4875, 5157, 5715, 5918, 6237, 6314, 6386, 6529, 6531, 6532, 6533, 6534, 6536, 6538, 6543, 6576, 6615, 6616, 6617, 6618, 6626, 6665, 6667, 6674, and 6735). |
| 372 | Myemail.com Registration Flow, filed as Docket Entry 55-73 (Oskoui Attachment A) |
| 373 | greatamericanphotocontest.com Registration Flow, filed as Docket Entry 55-73 (Oskoui Attachment B). |
| 374 | BSG00089358-89 |
| 375 | BSG00089414-42 |
| 376 | BSG00089443-70 |
| 377 | BSG00089472-99 |
| 378 | BSG00089328-42 |
| 379 | Senate Commerce Committee, Office of Oversight and Investigations, Majority Staff Report, *Unauthorized Charges on Telephone Bills* (July 12, 2011) |
| 380 | BSG's 2011 Comment to FCC |
| 381 | Elizabeth Anne Miles Declaration Attachment A |
| 382 | Elizabeth Anne Miles Declaration Attachment B |
| 383 | Elizabeth Anne Miles Declaration Attachment D |

| Exhibits the FTC May Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 384 | 1B055_ITEM 55-IDATAWORX LLC 2010-000006-7 |
| 385 | 1B055_ITEM 55-IDATAWORX LLC 2010-000011-2 |
| 386 | 1B063_ITEM 61-IDATAWORX 2009-000004-5 |
| 387 | 1B063_ITEM 61-IDATAWORX 2009-000006-7 |
| 388 | 1B063_ITEM 61-IDATAWORX 2009-000012-3 |
| 389 | 1B063_ITEM 61-IDATAWORX 2009-000016-7 |
| 390 | 1B063_ITEM 61-IDATAWORX 2009-000027-8 |
| 391 | 1B063_ITEM 61-IDATAWORX 2009-000029-30 |
| 392 | 1B063_ITEM 61-IDATAWORX 2009-000034-5 |
| 393 | 1B063_ITEM 61-IDATAWORX 2009-000042-3 |
| 394 | 1B063_ITEM 61-IDATAWORX 2009-000051-2 |
| 395 | 1B066_ITEM 69-MISC DOCUMENTS-3-000040-3 |
| 396 | 1B071_ITEM 80-OLD MEMOS-000005 |
| 397 | 1B071_ITEM 80-OLD MEMOS-000010 |
| 398 | 1B071_ITEM 80-OLD MEMOS-000028 |
| 399 | 1B071_ITEM 80-OLD MEMOS-000030 |
| 400 | 1B071_ITEM 80-OLD MEMOS-000033 |
| 401 | 1B071_ITEM 80-OLD MEMOS-000079 |
| 402 | 1B071_ITEM 80-OLD MEMOS-000110 |
| 403 | 1B071_ITEM 80-OLD MEMOS-000200 |
| 404 | 1B071_ITEM 80-OLD MEMOS-000220-1 |
| 405 | 1B071_ITEM 80-OLD MEMOS-000227 |

| PX Number | Description or Bates Number |
|---|---|
| 406 | 1B071_ITEM 80-OLD MEMOS-000232 |
| 407 | 1B071_ITEM 80-OLD MEMOS-000233-4 |
| 408 | BCI_026033-4 |
| 409 | BCI_026051-2 |
| 410 | BCI_026163-81 |
| 411 | BSG00005026-32 |
| 412 | BSG00009943 |
| 413 | BSG00016453-61 |
| 414 | BSG00017674-6 |
| 415 | BSG00019575-80 |
| 416 | BSG00019594-95 |
| 417 | BSG00019618-21 |
| 418 | BSG00024386 |
| 419 | BSG00024722-23 |
| 420 | BSG00027477-81 |
| 421 | BSG00027800-1 |
| 422 | BSG00027931 |
| 423 | BSG00032999-33000 |
| 424 | BSG00034192-4 |
| 425 | BSG00035043-6 |
| 426 | BSG00035050-4 |
| 427 | BSG00035062-7 |

| Exhibits the FTC May Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 428 | BSG00035119-25 |
| 429 | BSG00035299-306 |
| 430 | BSG00038748-50 |
| 431 | BSG00039305-6 |
| 432 | BSG00039307-8 |
| 433 | BSG00039463 |
| 434 | BSG00039464-71 |
| 435 | BSG00039751 |
| 436 | BSG00039797-800 |
| 437 | BSG00039801 |
| 438 | BSG00040300 |
| 439 | BSG00040491 |
| 440 | BSG00040807-8 |
| 441 | BSG00041121 |
| 442 | BSG00042119-31 |
| 443 | BSG00045208-09 |
| 444 | BSG00046266-9 |
| 445 | BSG00048888-9 |
| 446 | BSG00048975-9 |
| 447 | BSG00049129-68 |
| 448 | BSG00049265-7 |
| 449 | BSG00049351 |

| PX Number | Description or Bates Number |
|-----------|---------------------------|
| | **Exhibits the FTC May Use** |
| 450 | BSG00049352 |
| 451 | BSG00049353 |
| 452 | BSG00049354 |
| 453 | BSG00049355 |
| 454 | BSG00049356 |
| 455 | BSG00049397 |
| 456 | BSG00049496-9 |
| 457 | BSG00054085-99 |
| 458 | BSG00054256-66 |
| 459 | BSG00054304-12 |
| 460 | BSG00054480 |
| 461 | BSG00054486 |
| 462 | BSG00054492-7 |
| 463 | BSG00054668 |
| 464 | BSG00055937-9 |
| 465 | BSG00056651-4 |
| 466 | BSG00056661-5 |
| 467 | BSG00056683-86 |
| 468 | BSG00071701-2 |
| 469 | BSG00073198-203 |
| 470 | BSG00073657-8 |
| 471 | BSG00075075-6 |

| Exhibits the FTC May Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 472 | BSG00075296-98 |
| 473 | BSG00075474 |
| 474 | BSG00078447-74 |
| 475 | BSG00079020-3 |
| 476 | BSG00081745-7 |
| 477 | BSG00081979-80 |
| 478 | BSG00085795-7 |
| 479 | BSG00086387-8 |
| 480 | BSG00086389-90 |
| 481 | BSG00086585-6 |
| 482 | BSG00086600-02 |
| 483 | BSG00087214-26 |
| 484 | BSG00087262-318 |
| 485 | BSG00087540-3 |
| 486 | BSG00088684-702 |
| 487 | BSG00089246-8 |
| 488 | BSG00089249-51 |
| 489 | BSG00089252-4 |
| 490 | BSG00089255-7 |
| 491 | BSG00089258-60 |
| 492 | BSG00089261-3 |
| 493 | BSG00089264-6 |

| Exhibits the FTC May Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 494 | BSG00089390-413 |
| 495 | BSG00094682 |
| 496 | BSG00100540-42 |
| 497 | BSG00104994 |
| 498 | BSG00104995-5018 |
| 499 | BSG00105092 |
| 500 | F01-HBS-0000966 |
| 501 | F01-HBS-0000967 |
| 502 | F01-HBS-0000984-85 |
| 503 | F01-HBS-0001046 |
| 504 | FTC PROD – HBS – 0003749-55 |
| 505 | FTC PROD – HBS – 0003756-61 |
| 506 | FTC PROD – HBS – 0003762-7 |
| 507 | FTC PROD – HBS – 0003768-72 |
| 508 | FTC PROD – HBS – 0003773-8 |
| 509 | FTC PROD – HBS – 0003779-83 |
| 510 | FTC PROD – HBS – 0003784-9 |
| 511 | FTC PROD – HBS – 0003790-4 |
| 512 | FTC PROD – HBS – 0003795-800 |
| 513 | FTC PROD – HBS – 0003801-8 |
| 514 | FTC PROD – HBS – 0003809-14 |
| 515 | FTC PROD – HBS – 0003815-24 |

| Exhibits the FTC May Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 516 | FTC PROD – HBS – 0003825-35 |
| 517 | FTC PROD – HBS – 0003836-43 |
| 518 | FTC PROD – HBS – 0003844-52 |
| 519 | FTC PROD – HBS – 0003853-9 |
| 520 | FTC PROD – HBS – 0003860-5 |
| 521 | FTC PROD – HBS – 0003866-74 |
| 522 | FTC PROD – HBS – 0003875-85 |
| 523 | FTC PROD – HBS – 0003886-94 |
| 524 | FTC PROD – HBS – 0003895-900 |
| 525 | FTC PROD – HBS – 0003901-8 |
| 526 | FTC PROD – HBS – 0003909-19 |
| 527 | FTC PROD – HBS – 0003920-30 |
| 528 | FTC PROD – HBS – 0003931-45 |
| 529 | FTC PROD – HBS – 0003946-53 |
| 530 | FTC PROD – HBS – 0003954-60 |
| 531 | FTC PROD – HBS – 0003961-7 |
| 532 | FTC PROD – HBS – 0003968-73 |
| 533 | FTC PROD – HBS – 0003974-9 |
| 534 | HBSDOC-0001726 |
| 535 | HBSDOC-0004970 |
| 536 | HBSDOC-0006368 |
| 537 | HBSDOC-0009325 |

| Exhibits the FTC May Use | |
|---|---|
| **PX Number** | **Description or Bates Number** |
| 538 | HBSDOC-0009363 |
| 539 | HBSDOC-0010117 |
| 540 | HBSDOC-0010292 |
| 541 | HBSDOC-0058225-6 |
| 542 | ILD Corp. documents filed as Docket Entry 55-44 (Wolfe Attachment H) (control numbers 0001, 0002-3, 0004-5, and 0581-2) |
| 543 | Subpoena to ILD Corp., filed as Docket Entry 55-44 (Wolfe Attachment H) |
| 544 | Subpoena to NXT Telecommunications, Inc., filed as Docket Entry 55-45 (Wolfe Attachment I) |
| 545 | Elizabeth Anne Miles Declaration Attachment C |

Dated:        October 25, 2013            Respectfully Submitted,

FEDERAL TRADE COMMISSION

By:      */s/ Sarah Waldrop*

600 Pennsylvania Ave., N.W., M-8102B          Robin L. Moore (DC Bar #987108)
Washington, D.C. 20580                        Sarah Waldrop (MD Bar) (numbers not issued)
(202) 326-2167 (Moore);                       Jonathan Cohen (DC Bar #483454)
-3444 (Waldrop); -2551 (Cohen);               Attorneys for Federal Trade Commission
-2558 (fax)                                   Admitted *Pro Hac Vice*
rmoore@ftc.gov; swaldrop@ftc.gov;
jcohen2@ftc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2013, I electronically filed the foregoing Federal Trade Commission's Exhibit List with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Dina M. Cox
Robert Baker
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, Indiana 46202

Ricardo G. Cedillo
Derick J. Rodgers
Mark W. Kiehne
Davis, Cedillo & Mendoza, Inc.
McCombs Plaza
755 E. Mulberry Ave., Suite 500
San Antonio, Texas 78212-3149


By:     _/s/ Sarah Waldrop_____


| | |
|---|---|
| 600 Pennsylvania Ave., N.W., M-8102B | Robin L. Moore (DC Bar #987108) |
| Washington, D.C. 20580 | Sarah Waldrop (MD Bar) (numbers not issued) |
| (202) 326-2167 (Moore); | Jonathan Cohen (DC Bar #483454) |
| -3444 (Waldrop); -2551 (Cohen); | Attorneys for Federal Trade Commission |
| -2558 (fax) | Admitted *Pro Hac Vice* |
| rmoore@ftc.gov; swaldrop@ftc.gov; | |
| jcohen2@ftc.gov | |